Matter of Armstrong v Armstrong (2023 NY Slip Op 01421)

Matter of Armstrong v Armstrong

2023 NY Slip Op 01421

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., CURRAN, BANNISTER, AND MONTOUR, JJ.

248 CAF 21-01267

[*1]IN THE MATTER OF SCOTT D. ARMSTRONG, PETITIONER-APPELLANT,
v
HEIDI J. ARMSTRONG, RESPONDENT-RESPONDENT. 

MEGAN E. O'LEARY, ROCHESTER, FOR PETITIONER-APPELLANT. 
TULLY RINCKEY, PLLC, NEW YORK CITY (MICHAEL E. LIPTROT OF COUNSEL), FOR RESPONDENT-RESPONDENT.
SHARON ALLEN, KEUKA PARK, ATTORNEY FOR THE CHILD.
KELLY M. FORST, ROCHESTER, ATTORNEY FOR THE CHILD.

 Appeal from an order of the Family Court, Ontario County (Brian D. Dennis, J.), entered August 4, 2021 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted the parties joint legal custody of the subject children. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court